UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLENA SCHENDEL,<br><br>           Plaintiff,<br><br>     v.<br><br>HERSHA HOSPITALITY MANAGEMENT, L.P.,<br><br>           Defendant. | Case No. 22-cv-06695-AGT<br><br>**ORDER TO SHOW CAUSE** |

Despite being served with process (dkt. 7), defendant hasn't timely appeared and responded to plaintiff's complaint. On or before April 14, 2023, plaintiff must either move for entry of default, *see* Fed. R. Civ. P. 55(a), or show cause for why this case shouldn't be dismissed for failure to prosecute, *see* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: April 7, 2023

_____
Alex G. Tse
United States Magistrate Judge